UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:19-cv-00097-JES-UAM

TIMOTHY TIDWELL,

    Plaintiff,

vs.

FCPT SUNSHINE PROPERTIES, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

The Parties, by and through the undersigned counsel, hereby submit this Notice of Settlement to advise the Court that a settlement has been reached by the Parties subject to completion and execution of the necessary settlement documents. The Parties respectfully request that the Court dismiss the case without prejudice subject to the right of either party to move within thirty (30) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

Dated this 9th day of May, 2019.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff, | The Defendant, |
| By his attorney, | By its attorney, |
| | |
| /s/Todd W. Shulby, Esq. | /s/Brian C. Blair, Esq. |
| Todd W. Shulby, Esq. | Brian C. Blair, Esq. |
| Todd W. Shulby, P.A. | Baker & Hostetler LLP |
| 1792 Bell Tower Lane | SunTrust Center, Suite 2300 |
| Weston, Florida 33326 | 200 South Orange Avenue |
| Telephone: (954) 530-2236 | Orlando, Florida 32801-3432 |
| Facsimile: (954) 530-6628 | Telephone: (407) 649-4000 |
| E-mail: tshulby@shulbylaw.com | Facsimile: (407) 841-0168 |
| Florida Bar No.: 068365 | E-Mail: bblair@bakerlaw.com |
| Counsel for Plaintiff | Florida Bar No.: 0973084 |
| | Counsel for Defendant |
| | FCPT Sunshine Properties, LLC |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brian C. Blair, Esq.

I FURTHER CERTIFY that on May 9, 2019, I mailed the foregoing document and notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

                By: /s/Todd W. Shulby, Esq
                   For Todd W. Shulby, P.A.