UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TIMOTHY TIDWELL,

    Plaintiff,

v.                        Case No:  2:19-cv-97-FtM-29NPM

FCPT SUNSHINE PROPERTIES, LLC,

    Defendant.

## ORDER

This matter comes before the Court on the parties' Stipulation for Voluntary Dismissal With Prejudice (Doc. #22) filed on August 1, 2019. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __1st__ day of August, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record